UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1200 Laurel Oak Road, Suite 102
Voorhees, New Jersey  08043
(856) 258-4050
Attorneys for Andew Sklar, Ch 7 Trustee

In Re:

MARGARET BAILEY

Case No.:    17-13332/JNP

Chapter:    7

Hearing Date:    11/6/18

Judge:    Jerrold N Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  OBJECTION to Proof of Claim #9 - Docket #124, as it was been withdrawn by creditor on 10/3/2018- Docket #117

Date:  10/18/18

/s/ Andrew Sklar
Signature

*rev.8/1/15*