UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1200 Laurel Oak Road, Suite 102
Voorhees, New Jersey  08043
(856) 258-4050
Attorneys for Andew Sklar, Ch 7 Trustee

In Re:

MARGARET BAILEY

Case No.: 17-13332/JNP

Chapter: 7

Hearing Date: 11/6/18

Judge: Jerrold N Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: OBJECTION to Proof of Claim #7 - Docket #126, as said creditor has Amended its Proof of Claim, which is acceptable to the Trustee

Date: 10/24/18

/s/ Andrew Sklar
Signature

*rev.8/1/15*